IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL LAWRENCE ROSEBAR, | : | Civil No. 1:25-CV-00846 |
| Petitioner, | : | |
| v. | : | |
| WARDEN OF FPC-SCHUYLKILL, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW,** on this 17th day of November 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition, Doc. 1, is deemed **DISMISSED**.

2. Petitioner's motions for immediate release, Docs. 14, 15, are **DENIED** as moot.

3. The Clerk of the Court is directed to **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

1